600 A.2d 191

**Elissa Barbara Potter FACTOR, Appellant,**

v.

**Marvin W. FACTOR.**

Supreme Court of Pennsylvania.

Argued Dec. 6, 1991.

Decided Jan. 10, 1992.

Parker H. Wilson and John H. Martin, III, Norristown, for appellant.

Kathleen M. Factor, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

604

## ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., dissents.